FILED

OCT 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN DENISE CHADES, through her Next Friend Marie Gallegos,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>MARY LATTIMORE, Warden,<br><br>    Respondent - Appellee. | No. 09-55442<br><br>D.C. No. 5:07-cv-01668-GHK-FMO<br>Central District of California, Riverside<br><br>ORDER |

Before: BERZON, Circuit Judge.

The request for a certificate of appealability is granted with respect to the following issue: whether there was insufficient evidence to sustain a conviction for first-degree murder. 28 U.S.C. § 2253(c)(3); *see also* 9th Cir. R. 22-1(e).

The opening brief is due January 10, 2011; the answering brief is due February 9, 2011; the optional reply brief is due within 14 days after service of the answering brief.

If Mary Lattimore is no longer the appropriate appellee in this case, counsel for appellee is directed to file a motion to substitute party within 21 days of the filing date of this order. *See* Fed. R. App. P. 43(c).